JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Alison L. Gregoire
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 5 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH LOUIS TREVINO,<br><br>Defendant. | INDICTMENT<br>**2:17-CR-219-SAB**<br><br>18 U.S.C. §§ 1153, 2241(a), 2246(2)(A), Aggravated Sexual Abuse and Attempt<br>(Counts 1)<br><br>18 U.S.C. § 117, Domestic Assault by a Habitual Offender Resulting in Substantial Bodily Injury<br>(Count 2)<br><br>18 U.S.C. §§ 113(a)(8), 1153, Crime on Indian Reservation Assault by Strangling<br>(Count 3)<br><br>18 U.S.C. § 111, Assault on a Federal Officer<br>(Count 4) |

The Grand Jury Charges:

COUNT 1

On or about October 12, 2017, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, Defendant JOSEPH

INDICTMENT – 1

LOUIS TREVINO, an Indian, did knowingly cause and attempt to cause J.H. to engage in a sexual act, to wit: contact between the anus of J.H. and JOSEPH LOUIS TREVINO's penis, by use of force against J.H., all in violation of 18 U.S.C. §§ 1153, 2241(a), 2246(2)(A).

## COUNT 2

On or about October 12, 2017, in the Eastern District of Washington, within the external boundaries of the Colville Reservation, and on trust land, in Indian Country as defined in 18 U.S.C. § 1151, Defendant JOSEPH LOUIS TREVINO, did knowingly assault J.H., an intimate and dating partner, resulting in substantial bodily injury. The domestic assault was committed after Defendant JOSEPH LOUIS TREVINO was convicted on at least two separate prior occasions for offenses that would be, if subject to federal jurisdiction, any assault, sexual abuse, and serious violent felony where the victim of the offense was an intimate partner, all in violation of 18 U.S.C. § 117.

## COUNT 3

On or about October 12, 2017, in the Eastern District of Washington, within the external boundaries of the Colville Reservation, and on trust land, in Indian Country, Defendant JOSEPH LOUIS TREVINO, an Indian, did knowingly assault his intimate and dating partner, J.H., by strangling and attempting to strangle J.H., all in violation of 18 U.S.C. §§ 113(a)(8), 1153.

## COUNT 4

On or about October 14, 2017, in the Eastern District of Washington, within the external boundaries of the Colville Reservation, and on trust land, in Indian Country, Defendant JOSEPH LOUIS TREVINO, did forcibly assault, resist,

oppose, impede, intimidate, and interfere with Officer Logan Hedden, while Officer Hedden was employed as a law enforcement officer with the Confederated Tribes of the Colville Indian Reservation, Tribal Police Department, pursuant to 25 U.S.C. § 2804 and while said officer was engaged in the performance of his official duties, and in doing so, had physical contact with and inflicted bodily injury upon said officer, all in violation of 18 U.S.C. § 111(a)(1) and (b).

DATED this 5 day of December, 2017.

A TRUE BILL

_____
Foreperson

_____
JOSEPH H. HARRINGTON
Acting United States Attorney

_____
Alison L. Gregoire
Assistant United States Attorney

INDICTMENT – 3